# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JASPER BELL<br><br>Defendant. | Case No. CR16-176-RSL<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant Jasper Bell's motion for early termination of supervised release, pursuant to 18 U.S.C. § 3583(e)(1). Dkt. #27.

On June 16, 2016, Mr. Bell pled guilty to the charge of Threatening a Federal Official. *See* Dkt. #9. He was sentenced to time served followed by three years of supervised release. *See* Dkt. #26. He was also ordered to serve 180 days of home confinement, perform 240 hours of community service, and write two reports. The first was a biographical report about the life and career of former Congressman Jim McDermott. The second was a 10-page report on the book *On American Soil*, by Jack Hamann. *See id.* at 4. His supervised release term commenced on January 16, 2017, and is set to expire on January 5, 2020.

A court "may, after considering the factors set forth in [18 U.S.C. § 3553(a)] … terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release… if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court has

ORDER DENYING EARLY TERMINATION - 1

"discretion to consider a wide range of circumstances when determining whether to grant early termination." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014).

The Court is pleased to learn that Mr. Bell is doing well under supervised release, and that the "special conditions" of the judgment have had a positive impact on him. It appreciates his efforts in securing employment as a barista at Espresso Vivace, and in developing a supportive community of family, friends, and coworkers. However, Mr. Bell's motion is premature. The Court encourages him to continue his excellent behavior, and to re-apply for an early termination after completing two full years of supervised release; i.e., at any time after January 15, 2019.

For the foregoing reasons, defendant's motion is DENIED.

DATED this 31st day of October, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING EARLY TERMINATION - 2