JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASPER BELL,<br><br>Defendant. | NO. CR16-176RSL<br><br>ORDER GRANTING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>~~(PROPOSED)~~ |

This matter having come before the Court on the Defendant's Renewed Motion for Early Termination of Supervised Release and the Court, having reviewed the motion, the response from the parties, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Bell's supervised release is warranted by the conduct of Mr. Bell and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Bell shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

ORDER GRANTING RENEWED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Jasper Bell*; CR16-176RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS SO ORDERED.

DONE this 7th day of February, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Jasper Bell
Office of the Federal Public Defender

ORDER GRANTING RENEWED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Jasper Bell*; CR16-176RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100